IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BURNEY ROBINSON | Case No.: 3:23-cv-00316-MJN-CHG |
| Plaintiff | |
| v. | **NOTICE OF SETTLEMENT** |
| Q-LINE TRUCKING, LTD., and EDUARD FAUL, | |
| Defendants. | |

The parties have reached an agreement to fully settle and resolve all claims against and between them. The settlement was the result of a private mediation.

Counsel anticipates needing 60 days from the date of this notice to conclude the settlement and submit a proposed dismissal entry to the court.

Respectfully submitted,

| | |
|---|---|
| Per Email Consent 12/15/25 | /s/Thomas F. Glassman |
| /s/Charles E. Boyk, Esq. | Thomas F. Glassman (0061466) |
| Charles E. Boyk, Esq. (0000494) | Bonezzi Switzer Polito & Perry Co. LPA |
| Charles E. Boyk Law Offices, LLC. | 312 Walnut Street, Suite 2530 |
| 1500 Timberwolf Drive | Cincinnati, Ohio 45202 |
| Holland, OH 43528 | Phone (513) 345-5502 |
| Cboyk@charlesboyk-law.com | Fax     (513) 345-5510 |
| mbrouno@charlesboyk-law.com | tglassman@bspplaw.com |
| ayoung@charlesboyk-law.com | |
| | |
| *Attorneys for Plaintiff* | |
| | Per Email Consent 12/11/25 |
| | /s/ Chi (Michael) Zhang |
| | Chi (Michael) Zhang (6321783) |
| | Lawrence S. Gosewisch (6185535) |
| | Hinshaw & Culbertson, LLP |
| | 151 North Franklin Street, Suite 2500 |
| | Chicago, IL 60606 |
| | lgosewisch@hinshawlaw.com |
| | mzhang@hinshawlaw.com |
| | *Attorneys for Defendants* |