UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BURNEY ROBINSON,

    Plaintiff,

vs.

Q-LINE TRUCKING, LTD., *et al.*,

    Defendants.

Case No. 3:23-cv-316

District Judge Michael J. Newman

### ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

January 2, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge